| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 01-00424-001 02-00099-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 05-10158 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Brian Johnson Eastham, Massachusetts | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable John C. Lifland | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 3/4/04 — TO 3/3/07 |

OFFENSE

18:2423(b) Travel With Intent to Engage in A Sexual Act with a Juvenile
18:2252 Possession of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/27/05_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 16, 2005_
Effective Date

_William G. Young_
United States District Judge

(K. Jones, 20 Washington Pl)